United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STOVAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BASIN STREET PROPERTIES, a company of unknown form, and JAMES CLAY, an individual,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-04661 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

　　　Defendant James Clay filed a motion to dismiss all claims against him (Dkt. No. 8). In response, plaintiff Wayne Stoval filed a "notice of dismissal of James Clay" (Dkt. No. 13). Pursuant to Rule 41(a)(1), defendant's motion to dismiss is **DENIED AS MOOT**. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

　　　**IT IS SO ORDERED.**

Dated: October 1, 2012.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE