UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>BASIN STREET PROPERTIES,<br><br>    Defendant. | Case No. 12-cv-04661-JST<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER, AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Having reviewed the parties' thorough Case Management Statement, the court concludes that there is no need for the Case Management Conference scheduled on May 7, 2013, and that conference is hereby VACATED. The court makes the following case management orders as set forth below.

    The request for an extension of the mediation deadline contained in the parties' April 30, 2103 Case Management Statement is GRANTED. The parties are ordered to complete mediation by **May 29, 2013**, the date requested in their Statement. The parties are further ordered to certify to the court, in writing, not later than **June 5, 2013**, that the mediation has been completed. The parties are ordered to identify the mediator, the date on which the mediation took place, and whether the parties anticipate further mediation or other ADR. If, and only if, the parties have failed to complete mediation by May 29, 2013, or failed to submit the required certification by June 5, 2013, then counsel are ordered to appear personally on **June 20, 2013 at 2:00 p.m.** (If

counsel have complied with court's orders regarding ADR, this date will be vacated.) The court will not grant requests to appear by telephone at the June 20 hearing.

The Court further hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | The court does not anticipate further amendment of the pleadings |
| Fact discovery cut-off | 07/12/13 |
| Expert disclosures | 08/16/13 |
| Expert rebuttal | 08/30/13 |
| Expert discovery cut-off | 09/13/13 |
| Deadline to file dispositive motions | 10/04/13 |
| Pretrial conference statement due | 12/17/13 |
| Pretrial conference | 1/3/14 at 2:00 p.m. |
| Trial | 1/13/14 at 8:30 a.m. |
| Estimate of trial length (in days) | 7 days |

This trial will proceed as a bench trial. ECF No. 27 at 6:20.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-

controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

Dated: May 5, 2013

_____
JON S. TIGAR
United States District Judge