UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE STOVAL,

        Plaintiff,

     v.

BASIN STREET PROPERTIES,

        Defendant.

Case No.  12-cv-04661-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 48

The parties stated on the record on December 18, 2013, that they have settled this action. See ECF No. 48.  Accordingly, all deadlines and hearings in this case, including the pretrial conference, trial date and related deadlines, are VACATED.  By February 3, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated:  December 18, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California