United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STOVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>BASIN STREET PROPERTIES,<br><br>    Defendant. | Case No.  12-cv-04661-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 50 & 51 |

The parties have filed a stipulation of dismissal dated January 10, 2014, stating that they have agreed to a settlement of this action.  ECF No. 50 & 51.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 10, 2014



_____
JON S. TIGAR
United States District Judge